# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUAN R. NOVOA

NO. 2023 KW 0702

**OCTOBER 10, 2023**

---

In Re:    Juan R. Novoa, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 405394.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** The petitioner in an application for postconviction relief shall have the burden of proving that relief should be granted. La. Code Crim. P. art. 930.2. Relator failed to include a copy of the habitual offender adjudication and sentencing transcripts and any other documentation that might support the claims raised in the application for postconviction relief. Therefore, the ruling at issue cannot be reviewed. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT